United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: September 09, 2015
Docket #: 15-1772cv
Short Title: Baiul v. William Morris Agency, LLC

DC Docket #: 13-cv-8683
DC Court: SDNY (NEW YORK CITY)
DC Judge: Forrest

# NOTICE OF MOTION PLACED ON THE CALENDAR

The motions for voluntary dismissal filed in the above-referenced case have been added as submitted cases to the substantive motions calendar for Tuesday, September 22, 2015.

Inquiries regarding this case may be directed to 212-857-8595 .